B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
Case No. 09−13168
Chapter 7

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Waldemar Suszko | Elzbieta M Suszko |
| 591 N. Hidden Prairie Ct. | 591 N. Hidden Prairie Ct. |
| Palatine, IL 60067 | Palatine, IL 60067 |

Social Security / Individual Taxpayer ID No.:
xxx−xx−7213    xxx−xx−6125

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: November 25, 2009    Kenneth S. Gardner, Clerk
United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**B18J (Official Form 18J) (12/07) – Cont.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: ahamilton              Page 1 of 1                   Date Rcvd: Nov 25, 2009
Case: 09-13168                Form ID: b18                 Total Noticed: 20

The following entities were noticed by first class mail on Nov 27, 2009.
db/jdb      +Waldemar Suszko,    Elzbieta M Suszko,    591 N. Hidden Prairie Ct.,    Palatine, IL 60067-8601
aty          Loreto V Lazzara,    7550 N Belmont,    Chicago, IL  60634
tr          +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
13781655    +Ameristand Corp,    3841 Brett Lane,    Glenview, IL 60026-1201
13781657    +Chrylser Financial Bvf,    1011 Warrenville Rd Ste,    Lisle, IL 60532-0903
13781658    +Citibankna,    Po Box 769006,    San Antonio, TX 78245-9006
13781661    +Countrywide Home Loans,    450 American St,    Simi Valley, CA 93065-6285
13781662    +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
13781666    +Igor B. Oystacher,    C/O James Dahl & Associates,    225 W. WashingtonSuite 1640,
              Chicago, IL 60606-3100
13781667    +Nationwide Credit, Inc.,    P.O. Box 740640,    Atlanta, GA 30374-0640
13781670    +Old Willow Falls Condominium Association,    C/O Mr Rick J Erickson,    716 Lee Street,
              Des Plaines, IL 60016-4561
13781669    +Old Willows Falls Condominium Asso.,    860 East Old Wilow #129,    Prospect Heights, IL 60070-2128
14141911    +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
13781671    +Taylor, Bean & Whitake,    1417 N Magnolia Ave,    Ocala, FL 34475-9078
13781672    +Thd/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
13781673     Wfnnb/Rmpl,    Po Box 337003,    Northglenn, CO 80233-7003
The following entities were noticed by electronic transmission on Nov 25, 2009.
tr          +EDI: BDPLEIBOWITZ.COM Nov 25 2009 19:04:00      David P Leibowitz, ESQ,    Leibowitz Law Center,
              420 Clayton Street,    Waukegan, IL 60085-4216
14071392    +EDI: CHASE.COM Nov 25 2009 19:13:00      CHASE BANK USA,    PO BOX 15145,
              WILMINGTON, DE 19850-5145
13781656    +EDI: CHASE.COM Nov 25 2009 19:13:00      Chase,    800 Brooksedge Blvd,
              Westerville, OH 43081-2822
13781665    +EDI: RMSC.COM Nov 25 2009 19:04:00      Gemb/Care Credit,    Po Box 981439,
              El Paso, TX 79998-1439
14084318     EDI: BLINE.COM Nov 25 2009 19:04:00      Roundup Funding, LLC,    MS 550,    PO Box 91121,
              Seattle, WA 98111-9221
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13781659*   +Citibankna,    Po Box 769006,    San Antonio, TX 78245-9006
13781660*   +Citibankna,    Po Box 769006,    San Antonio, TX 78245-9006
13781663*   +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
13781664*   +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
13781668*   +Nationwide Credit, Inc.,    P.O. Box 740640,    Atlanta, GA 30374-0640
                                                                                             TOTALS: 0, * 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 27, 2009**                    **Signature:** _Joseph Speetjens_